20 So.2d 889

**Geneva Woodard HOOD v. Brown WOODARD.**

**8 Div. 276.**

Supreme Court of Alabama.

Jan. 16, 1945.

PER CURIAM.

Appeal dismissed, want of prosecution.

20 So.2d 889

**Ex parte Harvey KING.**

**6 Div. 307.**

Supreme Court of Alabama.

Jan. 17, 1945.

Jackson, Rives & Pettus, of Birmingham, for petitioner.

PER CURIAM.

Petition dismissed, motion of petitioner.

19 So.2d 850

**Clinton Robert McGINTY v. STATE.**

**1 Div. 220.**

Supreme Court of Alabama.

Oct. 3, 1944.

D. R. Coley, Jr., of Mobile, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal withdrawn and dismissed on motion of appellant.

21 So.2d 853

**Willie Lee LYALL v. Lochlin M. LYALL.**

**6 Div. 292.**

Supreme Court of Alabama.

April 17, 1945.

A. K. Callahan, of Tuscaloosa, for appellant.

Jas. A. McCollum, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

20 So.2d 889

**Ex parte W. C. MEEKS.**

**7 Div. 826.**

Supreme Court of Alabama.

Jan. 29, 1945.

Motley & Motley, of Gadsden, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and THOMAS, FOSTER, and STAKELY, JJ., concur.

20 So.2d 889

**Mary MITCHELL v. H. R. TREECE et al.**

**8 Div. 281.**

Supreme Court of Alabama.

Jan. 16, 1945.

PER CURIAM.

Appeal dismissed, want of prosecution.